IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | No. 01-457-7 |
| **JAMAL FAULKNER** | : | |
| | : | |

**ORDER**

**AND NOW**, this 13th day of February, 2023, upon consideration of Defendant's Motion for Hearing and Reduced Sentence Under The First Step Act (ECF No. 878), the Government's responses thereto (ECF No. 890, 947), and after a hearing, it is hereby **ORDERED** that:

1. Defendant Jamal Faulkner's Motion for Reduced Sentence is **GRANTED in part and DENIED in part.**

2. Defendant Faulkner's sentence of incarceration on Count One (conspiracy to distribute more than 50 grams of cocaine base (crack) in violation of 21 U.S.C. § 846) is reduced pursuant to 18 U.S.C. § 3582(c)(2) from 120 months in the custody of the Bureau of Prisons to 84 months.

3. All other terms of Defendant Faulkner's sentence, including the period of supervised release and the imposition of a special assessment and fines, remain unchanged.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1